## MATTOON *v.* BURGE.

An execution and returns copied into a transcript are no part of the record, unless made so in some manner known to the law.

ERROR, *to Muscatine District Court.*

*Per curiam.* In this case the defendant moves to dismiss the writ of error, and quash the returns, for the reason that the matters therein are not properly of record.

We regard all as properly of record in the transcript, excepting the execution and returns thereon. These, not having been made of record in any manner known to the law, they will be stricken from the transcript.